# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GATEWAY CLIPPERS HOLDINGS LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:20CV1676 HEA |
| WEST BEND MUTUAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Opinion, Memorandum, and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this matter is dismissed.

Dated this 26th day of August 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE